(Reap. Dec. 8922)

F. W. WOOLWORTH CO. *v.* UNITED STATES

Entry No. 710244–1, etc.

(Decided July 23, 1957)

*Sharretts, Paley & Carter* for the plaintiff.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: The appeals for reappraisement, enumerated in schedule "A," hereto attached and made a part hereof, relate to glass Christmas tree ornaments exported from the Western Zone of Germany and entered at the port of New York.

Counsel for the respective parties have submitted these cases on stipulated facts which establish that export value, as defined in section 402 (d) of the Tariff Act of 1930, is the proper basis for appraisement of the merchandise in question, and that such statutory value in each case is the appraised value, less the amounts added under duress, packing included, and I so hold. Judgment will be rendered accordingly.

(Reap. Dec. 8923)

JOHN V. CARR & SON, INC. *v.* UNITED STATES

Entry No. 9299.

(Decided July 23, 1957)

*Barnes, Richardson & Colburn* for the plaintiff.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: This appeal for reappraisement relates to certain printing presses and parts that were exported from Germany and entered at the port of Detroit, Mich.

The case is before me on an agreed set of facts showing that the proper basis for appraisement of the merchandise in question is export value, as defined in section 402 (d) of the Tariff Act of 1930, and that such statutory value is the entered value, and I so hold. Judgment will be rendered accordingly.